Brette L. Evans, sbn 177042
Kelly L. Klokow, sbn 280316
Evans Law Offices
1150 N. First Street, Ste 110
San Jose, CA 95112
Ph:    (408) 298-8910
Fax:  (408) 298-8911
*Attorney for Debtor*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| In re: | Case No.:  17-52577 SLJ |
| | Chapter 13 |
| | |
| | **NOTICE AND OPPORTUNITY FOR HEARING ON MOTION FOR APPROVAL OF ADDITIONAL PROVISIONS IN CHAPTER 13 PLAN** |
| ABRAHAM VALERIO, | |
| Debtors. | |
| | Date:   Notice & Opportunity for Hearing |
| | Time: |
| | Place: **280 S. First St., 3rd Fl, San Jose CA 95113** |
| | Crtrm:  3099 |

TO THE CHAPTER 13 TRUSTEE, U.S. TRUSTEE AND ALL CREDITORS OF

DEBTOR Abraham Valerio ("Debtor"):

PLEASE TAKE NOTICE THAT Brette L. Evans attorney for Debtor, moves this Court

for an Order approving the inclusion of an additional provision in Debtor's chapter13 plan that

allows the Debtor to make a one-time arrears payment to US Bank et al no later than August

2018.

Pursuant to Bankruptcy Local Rule 9014-1(b)(3)(A) the following procedures are to be

followed:

Case: 17-52577    Doc# 53    Filed: 05/24/18    Entered: 05/24/18 16:14:31    Page 1 of 2

**Any objection to the requested relief, or a request for hearing on the matter, must be filed and served upon the initiating party within 21 days of mailing of the notice;**

**Any objection or request for hearing must be accompanied by any declaration or memorandum of law any requesting party wishes to present in support of its position;**

**In the event of a timely objection or request for hearing.**

 **The initiating will give at least seven days written notice of hearing to the objecting or requesting party, and to any trustee or committee appointed in the case.**

 A hearing will not be set on the court's calendar unless you request a hearing. Refer to Bankruptcy Rule 2002, as well as BLR 9014-1 for additional rules applicable to this motion.

 If you have received this notice and opportunity to be heard without the motion documents and would like complete copies, please request copies from the Bankruptcy Court Clerk's office, PACER online service, or the Debtor's attorney's office, 1150 N. First Street, Suite 110, San Jose, CA 95112, telephone: (408) 298-8910.

Date:  5/24/18   /s/ Brette L. Evans  
  Attorney for Debtor

2