

1  BRETTE L. EVANS, S.B.N. 177042
   Evans Law Offices
2  1150 N. First Street, Ste 110
   San Jose, CA 95112
3  Ph:   (408) 298-8910
   Fax:  (408) 298-8911
4  *Attorney for Debtor(s)*

Not Signed June 27, 2018
_____
**Stephen L. Johnson**
U.S. Bankruptcy Judge

**This matter is set for hearing on July 19, 2018, at 10:00 a.m.**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| In re: | Case No: 17-52577 SLJ </br>Chapter 13 |
| **ABRAHAM VALERIO,** | **ORDER APPROVING ADDITIONAL PROVISIONS IN CHAPTER 13 PLAN** |
| Debtor(s). | Date: **NOH** </br>Time: </br>Place: </br></br>HON. JUDGE JOHNSON |

    For good cause, and after timely application has been made and proper notice has been given. The Motion for Approval of Additional Provisions in Chapter 13 Plan is hereby granted allowing the payment of arrears owing to US Bank et al to be paid all at once (one time payment) no later than August 2018.

**END OF ORDER**

**COURT SERVICE LIST**
**All parties entitled to service shall receive electronically or by Debtor's Counsel**