```
 1  BRETTE L. EVANS, S.B.N. 177042
    Evans Law Offices
 2  1150 N. First Street, Suite 110
    San Jose, CA 95112
    (408) 298-8910
 3  Attorney for Debtor(s)
```

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>ABRAHAM VALERIO,<br><br>Debtor(s). | Case No.: 17-52577 SLJ<br>R.S. No.:<br><br>**DEBTOR'S NOTICE OF NON-OPPOSITION TO THE MOTION FOR RELIEF FROM AUTOMATIC STAY**<br><br>Date: 11/6/18<br>Time: 10:30 a.m.<br>Ctrm.: 3099 |

**TO CREDITOR, U.S. BANK NATIONAL ASSOCIATION; CREDITOR'S ATTORNEYS OF RECORD, LAW OFFICES OF MICHELLE GHIDOTTI; CHAPTER 13 TRUSTEE, DEVIN DERHAM-BURK; U.S. TRUSTEE; AND OTHER INTERESTED PARTIES:**

**NOTICE IS HEREBY GIVEN** that Debtor, Abraham Valerio, hereinafter referred to as "Debtor" does not oppose the Motion for Relief from the Automatic Stay of the premises commonly known as 231 Dick Phelps Road, Watsonville, California 95076 filed herein by U.S Bank National Association, its successors and/or assigns.

Dated: October 30, 2018                                    Evans Law Offices

                                                           */s/ Brette L. Evans*
                                                           BRETTE L. EVANS

IN RE: Abraham Valerio
CASE NO.: 17-52577 SLJ
NOTICE OF NON-OPPOSITION TO MOTION FOR RELIEF FROM STAY