

Kristin Zilbertstein, Esq. (SBN 200041)
Jennifer R. Bergh, Esq., (SBN 305219)
LAW OFFICES OF MICHELLE GHIDOTTI
1920 Old Tustin Ave.
Santa Ana, CA 92705
Tel: (949) 427-2010
Fax: (949) 427-2732
Email: Kzilberstein@ghidottilaw.com

The following constitutes the order of the Court.
Signed: November 9, 2018

_____
**Stephen L. Johnson**
**U.S. Bankruptcy Judge**

Attorneys for Movant,
U.S. Bank Trust, National Association, as Trustee of the Igloo Series III Trust, its successors and assigns

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| In Re:<br><br>Abraham Valerio<br><br>    Debtor. | CASE NO.: 17-52577<br><br>CHAPTER 13<br><br>RS No.: MRG-1<br><br>**ORDER RE: MOTION FOR RELIEF FROM THE AUTOMATIC STAY**<br><br>Date: 11/6/2018<br>Time: 10:30AM<br>Ctrm: 3099<br>Place: 280 South First Street San Jose CA 95113<br><br>Honorable Stephen L. Johnson |

    The motion of U.S. Bank Trust, National Association, as Trustee of the Igloo Series III Trust, its successors and/or assignees, relief from the automatic stay was granted at a hearing on November 6, 2018. Debtor did not appear and filed a statement of non-opposition.

Upon reading the papers and pleadings on file herein, and upon hearing oral argument and abased on the evidence presented, the Court fules as follows:

IT IS HEREBY ORDERED that the automatic stay provisions of 11 U.S.C. §362 be and are hereby terminated with respect to the interests of U.S. Bank Trust, National Association, as Trustee of the Igloo Series III Trust, its successors and/or assignees, in the real property commonly known as 21-21A-21B Dick Phelps Rd, Watsonville, CA 95076.

IT IS FURTHER ORDERED that U.S. Bank Trust, National Association, as Trustee of the Igloo Series III Trust, its successors and/or assignees, may complete its foreclosure of said real property and proceed with post-foreclosure remedies, including any unlawful detainer action, in accordance with applicable law.

IT IS FURTHER ORDERED that the fourteen day stay described in Bankruptcy Rule 4001(a)(3) is waived upon relief.

**\*\*END OF ORDER\*\***

Case: 17-52577    Doc# 80    Filed: 11/09/18    Entered: 11/09/18 14:27:15    Page 2 of 3

**COURT SERVICE LIST**

None